**In the United States District Court
Eastern District of Texas
Sherman Division**

FILED-CLERK
U.S. DISTRICT COURT

2011 DEC -9 PM 12: 01

TEXAS-EASTERN

BY_____

| | | |
|---|---|---|
| DAVID E. MACK | § § § | |
| vs | § § | Cause no. 4:11CV771 |
| SECOND ROUND, L.P. | § § § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and the Defendant in this action before the Court. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

_David E Mack_
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed December 9, 2011

_____
David E Mack

Ryan L. Harrison
Paine, Tarwater, and Bickers, LLP
4301 Westbank Drive, Suite B200
Austin, Texas 78746