**In the United States District Court
Eastern District of Texas
Sherman Division**

FILED-CLERK
U.S. DISTRICT COURT
2011 DEC 19 PM 2: 43
TEXAS-EASTERN
BY_____

| | | |
|---|---|---|
| DAVID E MACK | § § § | |
| vs | § § § § | Cause no. 4:11-cv-771 |
| SECOND ROUND, L.P. | § | |

## MOTION FOR ORDER OF DISMISSAL

NOW COMES the Plaintiff, David E. Mack who having reached a settlement agreement with SECOND ROUND, L.P. in the above styled cause of action hereby makes this Motion for Order of Dismissal WITH PREJUDICE and requests the court enter such order in the above styled case pending before this honorable court. Each party bearing their own costs of this action.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed December 19, 2011

_____
David E Mack

Ryan L. Harrison
Paine, Tarwater, & Bickers, LLP
4301 Westbank Drive, Suite B200
Austin, TX 78746